UNITED STATEMENT DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LATOSHA RANDLE,** individually, and on, Behalf of others similarly situated**,** ) ) ) **Plaintiffs** ) v. ) ) **EMPYREAN BENEFIT SOLUTIONS,** ) **INC.,** a corporation ) ) **Defendant.** ) | Case No. 4:22-cv-02116 |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Latosha Randle ("Plaintiff") and Defendant Empyrean Benefit Solutions, Inc. ("Defendant") file this Joint Notice of Settlement.

The Parties have reached an amicable resolution in this matter. Counsel for Plaintiff and Defendant are finalizing the release agreement and completing the settlement process. The Parties respectfully request the Court to remove this case from its active docket and to suspend all other deadlines and settings in this case. The Parties will file dismissal documents within 30 days.

Dated: May 1, 2023            Respectfully submitted,

By:    */s/Laurence E. Stuart*
         Laurence E. Stuart
         Texas Bar No. 00794705
         STUART PC
         712 Main, Suite 1100
         Houston, Texas 77002
         713.337.3755
         lstuart@stuartpc.com

         ***Attorney for Defendant***
         ***Empyrean Benefit Solutions, Inc.***

/s/ *Kevin J. Stoops* *(with permission)*
Kevin J. Stoops *(admitted pro hac vice)*
Alana A. Karbal *(admitted pro hac vice)*
Jason J. Thompson *(admitted pro hac vice)*
SOMMERS SCHWARTZ, P.C.
One Town Square, 17th Floor
Southfield, Michigan 48076
Telephone: 248-355-0300
kstoops@sommerspc.com
akarbal@sommerspc.com
jthompson@sommerspc.com

/s/ *Matthew John Prebeg* *(with permission)*
Matthew John Prebeg
Texas Bar No. 00791465
BAYKO, PREBEG, FAUCETT &
ABBOTT, PLLC
8441 Gulf Fwy. Ste. 307
Houston, Texas 77017
832.742.9263
mprebeg@bpfalawfirm.com

***Attorneys for Plaintiff***
***Latosha Randle***

## CERTIFICATE OF SERVICE

I certify that this Joint Notice of Settlement was served on all counsel of record via the Court's electronic filing system and electronic mail on May 1, 2023.

/s/ *Laurence E. Stuart*
Laurence E. Stuart