# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **LATOSHA RANDLE,** individually, and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No.: 4:22-cv-02116 ) ) Hon. Lynn N. Hughes ) |
| vs. | ) ) |
| **EMPYREAN BENEFIT SOLUTIONS, INC.**, a corporation, | ) ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Latosha Randle ("Plaintiff") and Defendant Empyrean Benefit Solutions, Inc. ("Defendant") file this Joint Stipulation of Dismissal With Prejudice for a dismissal of all individual causes of action raised by Latosha Randle, with prejudice against re-filing the same, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Nothing in this Joint Stipulation affects the rights of any putative class or collective members as the case was never certified as a collective or class action and, as such, all collective and class claims asserted in the Complaint shall be dismissed without prejudice.

Plaintiff and Defendant hereby dismiss all individual claims asserted by Latosha Randle with prejudice. All costs of court and/or attorneys' fees incurred by the parties will be paid by the parties incurring them.

As indicated by their attorneys' signatures below, all parties stipulate to this complete dismissal.

Dated:  May 31, 2023

Respectfully submitted,

By: /s/ *Laurence E. Stuart*
Laurence E. Stuart
Texas Bar No. 00794705
STUART PC
712 Main, Suite 1100
Houston, Texas 77002
713.337.3755
lstuart@stuartpc.com

***Attorney for Defendant***
***Empyrean Benefit Solutions, Inc.***

/s/ *Kevin J. Stoops* (signed by permission LES)
Kevin J. Stoops *(admitted pro hac vice)*
Alana A. Karbal *(admitted pro hac vice)*
Jason J. Thompson *(admitted pro hac vice)*
SOMMERS SCHWARTZ, P.C.
One Town Square, 17th Floor
Southfield, Michigan 48076
Telephone:  248-355-0300
kstoops@sommerspc.com
akarbal@sommerspc.com
jthompson@sommerspc.com

Matthew John Prebeg
Texas Bar No. 00791465
BAYKO, PREBEG, FAUCETT & ABBOTT, PLLC
8441 Gulf Fwy. Ste. 307
Houston, Texas 77017
832.742.9263
mprebeg@bpfalawfirm.com

***Attorneys for Plaintiff***
***Latosha Randle***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 31, 2023, to Plaintiff's counsel via the Court's CM/ECF system.

*/s/ Laurence E. Stuart*
Laurence Stuart
